UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>EVAN EARL BAILES,<br><br><br>　　　　　Defendant. | No. CR-13-2112-FVS-1<br><br>ORDER GRANTING MOTION<br><br>AND SETTING CONDITIONS<br><br>OF RELEASE<br><br>☒　　Motion Granted<br>　　　**(ECF No. 69, 70)**<br><br>☐　　Action Required |
|---|---|

Date of Bail Review Motion hearing: Click here to enter a date.

　　**IT IS ORDERED** that the release of the Defendant is subject to the following:

**STANDARD CONDITIONS OF RELEASE**

**(1)**　Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)**　Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 1

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** Defendant shall sign and complete A.O. 199C before being released and shall reside at the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**(10)** Surrender any passport to Pretrial Services and shall not apply for a new passport.

**BOND**

**(11)** Defendant shall:
　☒ Execute:　☒ $ 10,000　　　　percentage bond, with
　　　　　　　　　　　　　　　　　$ 1,000  paid in cash

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 2

**ADDITIONAL CONDITIONS OF RELEASE**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the Defendant and the safety of other persons and the community:

**IT IS FURTHER ORDERED** that the release of the Defendant is subject to the following additional conditions:

☒ **(11)** The Defendant is placed with:

    Name of person: <u>Kenneth F. Bailes</u>

    <u>City and State</u>                           <u>Tele. Number</u>

    _____ _____
    Signature                                            Date

    who agrees to sign a copy of this Order, **to be kept in Pretrial Services' file**; supervise the Defendant consistent with all the conditions of release; use every effort to assure the appearance of the Defendant at all scheduled court proceedings; and notify the court immediately in the event the Defendant violates any conditions of release or disappears.

☒ **(12)** Maintain or actively seek lawful employment.

☒ **(13)** Defendant shall remain in the:

    ☒   Eastern District of Washington or ☐ State of Washington

    while the case is pending. On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

☒ **(14)** Avoid all contact, direct or indirect, with any persons
    who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 3

☒ **(15)**  Avoid all contact, direct or indirect, with:

☐ Known felons   ☒   Co-Defendant(s)

☒ **(16)**  Refrain from: any use of alcohol

☒ **(17)**  There shall be no firearms in the home where Defendant resides.

### SUBSTANCE ABUSE EVALUATION AND TREATMENT

If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply:

Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.  Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise.  The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.  If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

Defendant shall participate in one or more of the following treatment programs:

☒ **(18) Substance Abuse Evaluation:** Defendant shall undergo a substance abuse evaluation:

☒   as directed by a U.S. Probation Officer

☐ **(19) Inpatient Treatment:** Defendant shall participate in an intensive inpatient treatment program.

☐ Prior to release, an available bed and date of entry must be confirmed by Pretrial Services.

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 4

☐ Defendant will be released to an agent of the inpatient program on _____; provided, however, prior to release Defendant shall execute full, mutual releases. It is defense counsel's responsibility to timely provide those releases pre-release to Pretrial Services.

☐ Prior to release from inpatient treatment, an outpatient treatment program must be presented to the court.  If Defendant does not have a structured outpatient treatment program in place prior to conclusion of inpatient treatment, Defendant automatically shall go back into the custody of the U.S. Marshal. **If Defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the U.S. Probation Officer or, if the U.S. Probation Officer is unavailable, the U.S. Marshal, who shall in turn immediately notify the undersigned.**

☐ Following inpatient treatment, Defendant shall participate in an aftercare program.

☐ **(20) Outpatient Treatment:** Defendant shall participate in intensive outpatient treatment.

☐ Prior to release, an appointment for Defendant's first counseling session must be made and confirmed by Pretrial Services.  Defendant will be released:

☐ one day prior to; or

☐ on the morning of his appointment

☒ **(21) Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 5

        from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor.  Treatment shall not interfere with Defendant's court appearances.

DATED December 2, 2013.

                        <u>s/James P. Hutton</u>
                         JAMES P. HUTTON
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 6