PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.          Bailes, Evan Earl          Docket No.          0980 2:13CR02112-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Evan Earl Bailes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 2nd day of December 2013, under the following condition:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance, defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington, by using heroin on or about February 2, through February 6, and February 14, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   February 25, 2014

by   s/Carrie A. Valencia

Carrie A. Valencia
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/25/14
Date