UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>EVAN EARL BAILES,<br><br>                    Defendant. | No.  2:13-CR-2112-FVS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER ORDER REVOKING DEFENDANT'S PRETRIAL RELEASE** |

   Before the court is Defendant's Motion to Reconsider Order Revoking Defendant's Pretrial Release.  Counsel for Defendant requested Defendant be released into inpatient treatment. The government did not object to Defendant being released into a treatment facility.

   The court **ORDERED** that Defendant shall be released to his father on Monday, April 21, 2014 at 8:00 AM, and transported directly to the James Oldham Treatment Center. After successfully completing 30 days treatment, Defendant's father shall pick him up and take him directly to U.S. Probation to meet with an officer.

DATED April 18, 2014.

                         _s/James P. Hutton
                         JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE

ARRAIGNMENT