✎ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 18, 2014**

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bailes, Evan Earl | Docket No. | 0980 2:13CR02112-FVS-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Evan Earl Bailes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 2nd  day of December 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance, defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.

**Condition #6**: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington, by using opiates on or about August 6, 2014.

**Violation#2**: The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington, by failing to report to the probation office as directed on August 11, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          August 15, 2014

by          s/Carrie A. Valencia

Carrie A. Valencia
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_James P. Hutton_
Signature of Judicial Officer

August 16, 2014
Date