UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>EVAN EARL BAILES,<br><br>            Defendant. | No. CR-13-2112-FVS-1<br><br>ORDER DENYING SEVERANCE OF COUNTS |

    **EVAN BAILES** having entered a plea of guilty on July 17, 2014, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C); Now, therefore

    **IT IS HEREBY ORDERED:**

    Evan Bailes' "Motion to Sever Counts" (**ECF No. 81**) is **denied as moot** with leave to re-file in the event the Court does not accept the proposed plea agreement.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this   29th   day of August, 2014.


                                s/ Fred Van Sickle
                                Fred Van Sickle
                 Senior United States District Judge

Order - 1