PROB 12C
(6/16)

Report Date: July 6, 2018

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2018

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Evan Earl Bailes                Case Number: 0980 2:13CR02112-SAB-1

Address of Offender:                Ellensburg, Washington 98926

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 30, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: May 26, 2017 |
| Defense Attorney: | Victor Lara | Date Supervision Expires: May 25, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/26/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

3 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or the probation officer.

**Supporting Evidence**: Mr. Bailes met with a United States Probation Officer on May 26, 2017, and reviewed the conditions of supervised release outlined in the Judgement and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

On June 28, 2018, this officer directed Mr. Bailes to report to the Probation office on July 2, 2018, to discuss his recent violation behavior and to be served with a summons for his upcoming court date. Mr. Bailes made a commitment to report as directed on July 2, 2018. On July 2, 2018, Mr. Bailes sent this officer a text message stated he would report around 4 p.m. Mr. Bailes failed to report on July 2, 2018, as directed.

The following day, this officer spoke with Mr. Bailes on the phone. Mr. Bailes explained he was not able to report because he did not have a ride from Ellensburg to Yakima. Mr. Bailes was directed to arrange transportation and was told he must report to the Probation office by July 6, 2018. Once again Mr. Bailes failed to report as directed and he failed to contact this

Prob12C
**Re: Bailes, Evan Earl**
**July 6, 2018**
**Page 2**

officer to explain why he could not report.

4 **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bailes met with a United States Probation Officer on May 26, 2017, and reviewed the conditions of supervised release outlined in the Judgement and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

On June 28, 2018, Mr. Bailes admitted to consuming; methamphetamine, marijuana and heroin on June 23, 2018. Mr. Bailes signed a drug use admission form acknowledging he consumed the above mentioned controlled substances.

5 **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Bailes met with a United States Probation Officer on May 26, 2017, and reviewed the conditions of supervised release outlined in the Judgement and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

On July 6, 2018, this officer spoke with Merit Resource Services (Merit) about Mr. Bailes compliance with substance abuse treatment. According to Merit, Mr. Bailes is not in compliance and he will be unsuccessfully discharged from treatment on July 6, 2018. Mr. Bailes has failed to follow through with treatment requirements and he has failed to attend scheduled appointments with his substance abuse counselor.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/26/2018, and that the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | July 6, 2018 |
|---|---|
| | s/Phil Casey |
| | Phil Casey<br>U.S. Probation Officer |

Prob12C
**Re: Bailes, Evan Earl**
**July 6, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

July 6, 2018
_____
Date