PROB 12C
(6/16)

Report Date: June 26, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Evan Earl Bailes | Case Number: 0980 2:13CR02112-FVS-1 |
| Address of Offender: , Ellensburg, Washington 98926 | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 30, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | May 26, 2017 |
| Defense Attorney: | Victor Lara | Date Supervision Expires: | May 25, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Bailes met with a United States Probation Officer on May 26, 2017, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed. |
| | Mr. Bailes provided a random urinalysis sample on March 13, 2018, which tested presumptive positive for opiates and cannabinoids (THC). Mr. Bailes denied consuming any controlled substances and the specimen was sent for confirmation. On March 17, 2018, the lab confirmed the specimen was positive for morphine and THC. |

Prob12C
**Re: Bailes, Evan Earl**
**June 26, 2018**
Page 2

    2    **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Bailes met with a United States Probation Officer on May 26, 2017, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

        Mr. Bailes provided a random urinalysis sample on June 19, 2018, which tested presumptive positive for THC and methamphetamine. Mr. Bailes signed an admission form confirming he consumed THC. Mr. Bailes denied consuming methamphetamine. The specimen was sent to the lab for confirmation. On June 21, 2018, the lab confirmed the specimen was positive for THC and methamphetamine; the lab also reported the specimen was dilute.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 26, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle* (signature)

Signature of Judicial Officer

June 27, 2018
Date