PROB 12C
(6/16)

Report Date: February 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Evan Earl Bailes                Case Number: 0980 2:13CR02112-SAB-1

Address of Offender:                              Washington 98902

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 30, 2014

Original Offense:        Distribution of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - 48 months;          Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 21 days;
(November 7, 2018)       TSR - 35 months

Asst. U.S. Attorney:     Benjamin Seal               Date Supervision Commenced: November 7, 2018

Defense Attorney:        Jennifer Barnes             Date Supervision Expires: October 6, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on December 19, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Bailes is alleged to have violated special condition #3 by consuming methamphetamine on February 6, 2019.<br><br>Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.<br><br>On February 7, 2019, Mr. Bailes informed this officer that he consumed methamphetamine on February 6, 2019, while in custody at the Yakima County Jail. |

Prob12C
**Re: Bailes, Evan Earl**
**February 8, 2019**
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Bailes is currently scheduled to appear before the Court on February 13, 2019, for a supervised release revocation hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

February 8, 2019
Date