PROB 12C

Report Date: October 16, 2019 (6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Evan Earl Bailes | Case Number: 0980 2:13CR02112-MKD-1 |
| Address of Offender: | Washington 98902 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: October 30, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Heroin, 21 U.S.C. § 841(a)(1), (b)(1) | |
| Original Sentence: | Prison - 48 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 7, 2018) | Prison - 21 days;<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: November 7, 2018 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: October 6, 2021 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Bailes is alleged to have violated special condition #3 by consuming methamphetamine on September 30, 2019.

Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence.  The offender signed the document acknowledging he understood the conditions imposed.

On October 2, 2019, Mr. Bailes informed this officer that he consumed methamphetamine on September 30, 2019.

Prob12C
Re: Bailes, Evan Earl
October 16, 2019
Page 2

| | | |
|---|---|---|
| 6 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Bailes is alleged to have violated special condition #3 by not submitting a urinalysis test on October 11 and 15, 2019, as directed.

Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

On October 2, 2019, this officer directed Mr. Bailes to start calling the Merit Resources Services (Merit) color line for random urinalysis testing. Mr. Bailes was informed he must report to Merit for a urinalysis test when the color white is called. Mr. Bailes has utilized the Merit color line the past and is fully aware of the process.

On October 16, 2019, this officer contacted Merit staff in Ellensburg, Washington. Merit staff informed this officer that Mr. Bailes failed to show up for urinalysis testing on October 11 and 15, 2019. Mr. Bailes did not contact this officer to explain why he could not provide a urinalysis.

7    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Bailes is alleged to have violated mandatory condition #1 by violating a protection order on or about August 23, 2019, in violation of Revised Code of Washington (RCW) 26.50.110.1.

Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

According to the Cle Elum Police Department (CEPD) narrative report for incident C19-2853, the following occurred: On August 23, 2019, CEPD responded to an address in Cle Elum, Washington, to speak with a former girlfriend of Mr. Bailes about a violation of a protection order. The victim advised she received several messages on Facebook messenger from Mr. Bailes. CEPD reviewed the Facebook messages and concluded the remarks were very personal and contained knowledge that would only come form being in a relationship with the victim.

CEPD confirmed there is a current protection order between the victim and Mr. Bailes. The protection order does not expire until January 28, 2020.

8    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Bailes is alleged to have violated standard condition #2 by not reporting to the Sobriety Treatment and Education Program (STEP) on October 16, 2019, as directed.

Prob12C
Re: Bailes, Evan Earl
October 16, 2019
Page 3

Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

On October 2, 2019, Mr. Bailes was directed by this officer to show up for STEP Court on October 16, 2019, at 10:30 a.m. Mr. Bailes signed the STEP status report acknowledging this requirement. Mr. Bailes failed to report to STEP on October 16, 2019, as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 16, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

10/16/2019
Date