PROB 12C

Report Date: February 13, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Evan Earl Bailes          Case Number: 0980 2:13CR02112-SAB-1

Address of Offender:                         Washington 98902

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 30, 2014

| | |
|---|---|
| Original Offense: | Distribution of Heroin, 21 U.S.C. § 841(a)(1), (b)(1) |
| Original Sentence: | Prison - 48 months    Type of Supervision: Supervised Release
TSR - 36 months |
| Revocation Sentence:
(November 7, 2018) | Prison - 21 days
TSR - 35 months |
| Asst. U.S. Attorney: | Benjamin Seal    Date Supervision Commenced: November 7, 2018 |
| Defense Attorney: | Jennifer Barnes    Date Supervision Expires: October 6, 2021 |

## PETITIONING THE COURT

To incorporate the violation contained in the petition in future proceedings with the violations previously reported to the Court on December 20, 2018; February 8, 2019; and October 16, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

      9      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

            **Supporting Evidence**: Mr. Bailes is alleged to have violated mandatory condition number 1 by being charged with Possession of Methamphetamine on December 13, 2019, in violation of Revised Code of Washington (RCW) 9A.50.4013(1). (See narrative below)

     10      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

            **Supporting Evidence**: Mr. Bailes is alleged to have violated mandatory condition number 2 by possessing methamphetamine on December 13, 2019.

Prob12C
**Re: Bailes, Evan Earl
February 13, 2020
Page 2**

Mr. Bailes met with a United States Probation Officer on December 7, 2018, and reviewed the conditions of supervised release outlined in the Judgment and Sentence. The offender signed the document acknowledging he understood the conditions imposed.

According to the Ellensburg Police Department (EPD) narrative report for incident E19-17433, the following occurred: On December 13, 2019, at approximately 9:48 p.m., EPD was dispatched to assist the Washington State Patrol (WSP) at the 1700 block of South Canyon Road in Ellensburg, Washington. WSP conducted a traffic stop on a vehicle for an unknown reason and a male passenger fled from the vehicle on foot. The male passenger was identified as Mr. Bailes and he was eventually detained by EPD near the location from which he fled the vehicle.

After warrants were confirmed, EPD advised Mr. Bailes he was under arrest and was read his Miranda rights. During the search incident to arrest, EPD located numerous pieces of drug paraphernalia, prescription medication and a crystal like substance believed to be methamphetamine, in Mr. Bailes' back pack.

EPD identified the prescription medication as Lorazepam and the crystal like substance was sent to the Washington State Crime laboratory for testing to identify the substance. On January 20, 2020, EPD received a copy of the laboratory results regarding the crystal like substance obtained from Mr. Bailes when he arrested. The laboratory positively identified the substance to be methamphetamine. At the time this petition was drafted, new criminal charges have not been filed in Kittitas County Superior Court.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 13, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Bailes, Evan Earl**
**February 13, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

2/28/2020
Date